# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Michael J. Mulder, | Case No.: 3:09-cv-0610-JAD-WGC |
| Petitioner | |
| v. | **Order Extending Time to File Amended Petition** |
| William Gittere, et al., | **[ECF No. 163]** |
| Respondents | |

Petitioner moves to extend time to file his second amended petition for writ of habeas corpus.[1] The court finds that petitioner's request is made in good faith and not solely for the purpose of delay. In addition, petitioner's counsel represents to the court that opposing counsel does not oppose the request. Good cause appearing,

IT IS THEREFORE ORDERED that petitioner's motion to extend time to file his second amended petition for writ of habeas corpus **[ECF No. 163] is GRANTED. The second amended petition is due August 15, 2019.** In all other respects, the schedule set forth in the court's order of May 2, 2019 (ECF No. 162) remains in effect.

Dated: July 1, 2019

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 163.