# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Michael J. Mulder, | Case No.: 3:09-cv-0610-JAD-WGC |
| Petitioner | |
| v. | **Order Granting Motion to Extend Time** |
| William Gittere, et al., | |
| Respondents | **[ECF Nos. 169, 170]** |

Respondents move to extend their deadline to file their response to petitioner's second amended petition for writ of habeas corpus.[1] The court finds that respondents' request is made in good faith and not solely for the purpose of delay. In addition, respondents' counsel represents to the court that opposing counsel does not oppose the request. Good cause appearing,

IT IS THEREFORE ORDERED that respondents' motion to extend time to file their response to petitioner's second amended petition for writ of habeas corpus **[ECF No. 170] is GRANTED**. The response to the second amended petition is due **January 16, 2020**. Respondents' prior motion for extension of time **[ECF No. 169] is denied as moot**. In all other respects, the schedule set forth in the court's order of May 2, 2019 (ECF No. 162) remains in effect.

Dated: December 16, 2019

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 170.