# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Michael J. Mulder,<br><br>  Petitioner<br><br>v.<br><br>William Gittere, et al.,<br><br>  Respondents | Case No.: 3:09-cv-0610-JAD-WGC<br><br>**Order Granting Motion to Extend Time**<br><br>**[ECF Nos. 172]** |

Respondents have filed a motion to extend time to file their response to petitioner's second amended petition for writ of habeas corpus.[1] The court finds that respondents' request is made in good faith and not solely for the purpose of delay. In addition, respondents' counsel represents to the court that opposing counsel does not oppose the request. Good cause appearing,

IT IS THEREFORE ORDERED that respondents' motion to extend time to file their response to petitioner's second amended petition for writ of habeas corpus **[ECF No. 172] is GRANTED**. The response to the second amended petition is due **February 17, 2020**. In all other respects, the schedule set forth in the court's order of May 2, 2019 (ECF No. 162) remains in effect.

Dated: January 22, 2020

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 172.