# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Michael J. Mulder,<br><br>    Petitioner<br><br>v.<br><br>William Gittere, et al.,<br><br>    Respondents | Case No.: 3:09-cv-0610-JAD-WGC<br><br>**Order Granting Motion to Extend Time**<br><br>**[ECF No. 179]** |

Petitioner has filed a motion to extend time to file his response to respondents' motion to dismiss[1] and to file motions for discovery and an evidentiary hearing.[2] The court finds that petitioner's request is made in good faith and not solely for the purpose of delay. In addition, petitioner's counsel represents to the court that opposing counsel does not oppose the request. Good cause appearing,

IT IS THEREFORE ORDERED that petitioner's motion to extend time to file his response to respondents' motion to dismiss and to file motions for discovery and an evidentiary hearing **[ECF No. 179] is GRANTED**. The response and motions are due **July 31, 2020**. In all other respects, the schedule set forth in the court's order of May 2, 2019,[3] remains in effect.

Dated: June 19, 2020

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 174.
[2] ECF No. 179.
[3] ECF No. 162.