UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Michael J. Mulder,<br><br>    Petitioner<br>v.<br><br>William Gittere, et al.,<br><br>    Respondents | Case No.: 3:09-cv-0610-JAD-WGC<br><br>**Order Granting Motion to Extend Time**<br><br>**[ECF No. 192]** |

Respondents move to extend time[1] to file their reply in support of their motion to dismiss[2] and their response to petitioner's motions for discovery[3] and an evidentiary hearing.[4] The court finds that respondents' request is made in good faith and not solely for the purpose of delay. In addition, respondents' counsel represents to the court that opposing counsel does not oppose the request. So, with good cause appearing, IT IS THEREFORE ORDERED that respondents' motion to extend time to file their reply in support of their motion to dismiss and to file their response to petitioner's motions for discovery and an evidentiary hearing **[ECF No. 192] is GRANTED**. The reply and responses are due **January 4, 2021**. In all other respects, the schedule set forth in the court's order of May 2, 2019,[5] remains in effect.

Dated: November 2, 2020

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 192.
[2] ECF No. 174.
[3] ECF No. 185
[4] ECF No. 187.
[5] ECF No. 162.