# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Michael J. Mulder, | Case No.: 3:09-cv-0610-JAD-WGC |
| Petitioner | |
| v. | **Order Granting Motion to Extend Time** |
| William Gittere, et al., | |
| Respondents | **[ECF No. 208]** |

Respondents move to extend time[1] to file their answer to the remaining claims in petitioner's second-amended petition for writ of habeas corpus.[2]  The court finds that respondents' request is made in good faith and not solely for the purpose of delay.  So, with good cause appearing, IT IS ORDERED that respondents' motion to extend time to file their file their answer **[ECF No. 208] is GRANTED**.  The answer is due **April 12, 2022**.  In all other respects, the schedule set forth in the court's order of May 2, 2019,[3] remains in effect.

Dated: January 28, 2022

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 208.

[2] ECF No. 165

[3] ECF No. 162.