UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. MULDER, | Case No. 3:09-cv-00610-CDS-CSD |
| Petitioner, | ORDER |
| v. | |
| WILLIAM GITTERE, *et al.*, | |
| Respondents. | |

Respondents move to extend time to file their answer to the remaining claims in petitioner's second-amended petition for writ of habeas corpus. ECF No. 213. The court finds that respondents' request is made in good faith and not solely for the purpose of delay. So, with good cause appearing, IT IS THEREFORE ORDERED that respondents' motion to extend time to file their file their answer **(ECF No. 213)** is **GRANTED**. The answer is due **August 12, 2022**. In all other respects, the schedule set forth in the court's order of May 2, 2019, (ECF No. 162) remains in effect.

DATED this 14th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE