UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. MULDER,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:09-cv-00610-CDS-CSD<br><br>ORDER |

Respondents move to extend time to file their answer to the remaining claims in petitioner's second-amended petition for writ of habeas corpus. ECF No. 216. The court finds that respondents' request is made in good faith and not solely for the purpose of delay. The court also notes, however, that the respondents have had nearly eleven months to file their answer, So, this request will be granted, but any further requests will be denied unless respondents can demonstrate extraordinary circumstances. IT IS THEREFORE ORDERED that respondents' motion to extend time to file their file their answer **(ECF No. 216) is GRANTED**. The answer is due **October 11, 2022**. In all other respects, the schedule set forth in the court's order of May 2, 2019, (ECF No. 162) remains in effect.

　　　　DATED this 22nd day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE