UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. MULDER, | Case No. 3:09-cv-00610-CDS-CSD |
| Petitioner | ORDER |
| v. | |
| WILLIAM GITTERE, *et al.*, | |
| Respondents | |

Petitioner moves to extend time to file his reply to the respondents' answer (ECF No. 218) to the remaining claims in his second-amended petition for writ of habeas corpus. ECF No. 219. The court finds that petitioner's request is made in good faith and not solely for the purpose of delay. In addition, petitioner's counsel represents that opposing counsel does not oppose the extension. IT IS THEREFORE ORDERED that petitioner's motion to extend time to file his reply **(ECF No. 219) is GRANTED**. The reply is due **February 23, 2023**. In all other respects, the schedule set forth in the court's order of May 2, 2019, (ECF No. 162) remains in effect.

DATED: November 28, 2022

_____
UNITED STATES DISTRICT JUDGE