Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Heather Fraley
Assistant Federal Public Defender
Texas Bar No. 24050621
heather_fraley@fd.org
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)

Attorneys for Petitioner Michael J. Mulder

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Michael J. Mulder,<br><br>        Petitioner<br><br>   v.<br><br>William Gittere, Warden, Ely State Prison, et al.<br><br>        Respondents | Case No. 3:09-cv-00610-CDS-CSD<br><br>**STIPULATION AND ORDER**<br><br>DEATH PENALTY CASE |

# STIPULATION

Petitioner Michael Mulder, through counsel Heather Fraley, Assistant Federal Public Defender, and Respondent William Gittere, et al, through counsel Heather Procter, Chief Deputy Attorney General, hereby stipulate as follows:

- On June 6, 2023, counsel for Mr. Mulder filed a Motion for Appointment of Counsel in a 42 U.S.C. § 1983 Proceeding and for Appointment as Guardian Ad Litem. The motion references numerous exhibits. The exhibits that were supposed to be filed with the motion were inadvertently not filed.

- Counsel for Mr. Mulder did not realize the error until June 20, 2023 when counsel for the State filed their Opposition to Mr. Mulder's motion.

- Concurrently with the instant stipulation, counsel for Mr. Mulder are filing a Notice of Corrected Document that attaches the missing exhibits and corrects the numbering for those exhibits.

- In the interest of fairness and professionalism, counsel for Mr. Mulder agree that the State should have the opportunity to file a revised opposition to the motion for appointment of counsel.

- Accordingly, the parties hereby stipulate and agree that Respondents should have until July 18, 2023 to file a Revised Opposition to Motion for Appointment of Counsel. The parties further agree that Mr. Mulder should

have two weeks from the date Respondents file their Revised Opposition to file a Reply.

DATED this 20th day of June 2023

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | AARON FORD<br>Nevada Attorney General |
| */s/ Heather Fraley*<br>HEATHER FRALEY<br>Assistant Federal Public Defender | */s/ Heather Procter*<br>HEATHER PROCTER<br>Chief Deputy Attorney General |

IT IS SO ORDERED.

_____
U.S. District Judge Cristina D. Silva

DATED   June 21  , 2023

3