UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Michael J. Mulder,<br><br>　　　　Petitioner<br><br>　v.<br><br>William Gittere, *et al.*,<br><br>　　　　Respondents | Case No. 3:09-cv-00610-CDS-CSD<br><br>**Order Granting Respondents' Motion to Extend Time**<br><br>[ECF No. 239] |

　　　Respondents move to extend time to file their responses to the petitioner's reply (ECF No. 225) in support in his second-amended petition for writ of habeas corpus and to petitioner's motions for discovery and an evidentiary hearing (ECF Nos. 226, 227). ECF No. 239. I find that respondents' request is made in good faith and not solely for the purpose of delay. In addition, respondents' counsel represents that opposing counsel does not oppose the extension.

　　　IT IS THEREFORE ORDERED that respondents' motion to extend time **[ECF No. 239] is GRANTED**. The responses are due **November 27, 2023**. In all other respects, the schedule set forth in the court's order of May 2, 2019, (ECF No. 162) remains in effect.

　　　DATED: September 1, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE