UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Michael J. Mulder, | Case No. 3:09-cv-00610-CDS-CSD |
| Petitioner | **Order Granting Respondents' Motion to Extend Time** |
| v. | |
| Willam Gittere, et al., | [ECF No. 241] |
| Respondents | |

Respondents move to extend time to file their responses to the petitioner's reply in support in his second-amended petition for writ of habeas corpus and to petitioner's motions for discovery and an evidentiary hearing (ECF Nos. 225, 226, 227). *See* ECF No. 241. I find that respondents' request is made in good faith and not solely for the purpose of delay. In addition, respondents' counsel represents that opposing counsel does not oppose the extension.

IT IS THEREFORE ORDERED that respondents' motion to extend time **[ECF No. 241] is GRANTED**. The responses are due **January 26, 2024**. In all other respects, the schedule set forth in the court's order of May 2, 2019, (ECF No. 162) remains in effect.

DATED: December 1, 2023

_____
UNITED STATES DISTRICT JUDGE