UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Michael J. Mulder, | Case No. 3:09-cv-00610-CDS-CSD |
| Petitioner | **Order Granting Motion for Extension of Time** |
| v. | |
| Jeremy Bean, et al, | [ECF No. 264] |
| Respondents | |

In this capital habeas corpus case, on April 7, 2026, the petitioner, Michael J. Mulder, represented by appointed counsel, filed a motion to alter or amend the judgment. ECF No. 258. The respondents were to file a response to that motion by April 21, 2026. *See* LR 7-2(b). On April 21, the respondents filed a motion for extension of time, requesting a 30-day extension, to May 21. ECF No. 264. Respondents' counsel states that the extension is necessary because of obligations in another case and time away from work. *Id.* Respondents' counsel represents that Mulder does not oppose the request. *Id.* I find that the request is made in good faith and not solely for the purpose of delay, and that there is good cause to grant the requested extension. I will also, sua sponte, extend to 30 days the time for Mulder to file a reply.

It is therefore ordered that the motion to extend time **[ECF No. 264] is GRANTED**. Respondents will have until and including **May 21, 2026**, to file a response to the motion to alter or amend the judgment. The petitioner will then have 30 days to file a reply.

The Clerk of Court is kindly directed to administratively reopen this case.

Dated: April 23, 2026

_____
Cristina D. Silva
United States District Judge