UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Michael J. Mulder, | Case No. 3:09-cv-00610-CDS-CSD |
| Petitioner | **Order Granting Motion for Extension of Time** |
| v. | |
| Jeremy Bean, et al., | [ECF No. 267] |
| Respondents | |

In this capital habeas corpus case, on April 7, 2026, the petitioner, Michael J. Mulder, represented by appointed counsel, filed a motion to alter or amend the judgment. ECF No. 258. The respondents were to file a response to that motion by May 21, 2026. *See* ECF No. 265. On May 21, the respondents filed a motion for an extension of time, requesting a 14-day extension, to June 4. ECF No. 267. Respondents' counsel states that the extension is necessary because of obligations in another case and time away from work. *Id.* Respondents' counsel represents that Mulder does not oppose the request. *Id.* I find that the request is made in good faith and not solely for the purpose of delay, and that there is good cause to the requested extension.

It is therefore ordered that the motion for enlargement of time [**ECF No. 267**] is **GRANTED**. Respondents will have until and including **June 4, 2026**, to file a response to the motion to alter or amend the judgment. The petitioner will then have 30 days to file a reply.

Dated: May 27, 2026

_____
Cristina D. Silva
United States District Judge