UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Michael J. Mulder,

                 Petitioner

v.

Jeremy Bean, et al,

                 Respondents

Case No. 3:09-cv-00610-CDS-CSD

**Order Granting Motion
for Extension of Time**

[ECF No. 270]

In this capital habeas corpus case, on April 7, 2026, the petitioner, Michael J. Mulder, represented by appointed counsel, filed a motion to alter or amend the judgment. ECF No. 258. The respondents filed an opposition to that motion on June 3, 2026. ECF No. 269. Mulder was then to file a reply in support of the motion by July 6, 2026. *See* ECF Nos. 265, 268 (30 days for reply). On July 6, Mulder filed a motion for extension of time, requesting a 30-day extension for the reply, to August 5, 2026. ECF No. 270. Mulder's counsel states that the extension is necessary because of obligations in other cases and time away from work. *Id.* Mulder's counsel represents that the respondents do not oppose the request. *Id.* I find that the request is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension.

It is therefore ordered that the petitioner's motion for extension of time **[ECF No. 270]** is GRANTED. Petitioner will have until and including **August 5, 2026**, to file a reply in support of the motion to alter or amend the judgment.

Dated: July 7, 2026

_____
Cristina D. Silva
United States District Judge